O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ACOSTA,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>AUDREY KING, Executive Director,<br><br>　　　　　　Respondent. | CASE NO. CV 13-9124 ODW (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of FERNANDO ACOSTA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 8/19/14

*[signature]*

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE